UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:16-cv-01598-DMG (SK) | Date | April 19, 2017 |
| Title | Charlie Bells Jr. v. USP Victorville et al. | | |

| | |
|---|---|
| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On February 21, 2017, the Court issued an Order dismissing Plaintiff's civil rights complaint with leave to amend for failure to state a claim entitling him to relief. (ECF No. 23). Plaintiff was afforded the opportunity to address the deficiencies identified in the Order or voluntarily dismiss the complaint by March 23, 2017. Plaintiff was advised that failure to file an amended complaint or notice of voluntary dismissal by that date may result in dismissal of the action for failure to prosecute.

As of the date of this order, Plaintiff has not filed an amended complaint, a notice of voluntary dismissal, or a request for extension of time to do so. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE on or before **May 19, 2017**, why this action should not be dismissed for failure to prosecute. Plaintiff may discharge this order by filing an amended complaint or a notice of voluntary dismissal.

**Plaintiff is advised that failure to file a timely response to this order will result in a recommendation that this action be dismissed for failure to prosecute and obey court orders.** *See* Fed. R. Civ. P. 41(b); Local Civil Rule 41-1. The Clerk is directed to attach a Notice of Dismissal Form (CV-009) to this Order.