UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:16-cv-015980-DMG (SK) | Date | May 23, 2018 |
|---|---|---|---|
| Title | Charlie Bells, Jr. v. USP-Victorville, et al. | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|

| Connie Lee | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Federal Rule of Civil Procedure 4(d) places a duty on defendants to avoid the unnecessary expense of personal service. Defendant Groves was provided with a copy of the summons and complaint and a waiver of service form, but elected not to waive personal service and avoid these costs. As a result, the U.S. Marshal's Service was required to personally serve Defendant Groves at a cost of $629.00. (See Attached Memo from U.S. Marshal's Service Setting Forth Cost of Service). Rule 4(d) requires that the Court impose the cost of personal service on any defendants who fail, without good cause, to return a waiver.

THEREFORE, Defendant Groves, in his individual capacity, is ordered to appear in person at **10:00 AM** on **June 27, 2018** at the Roybal Federal Building and U.S. Courthouse located at 255 E. Temple Street, in **Courtroom 540**, and show cause why he should not be ordered personally to pay those costs. The Defendant must appear in person even if represented by counsel. Failure to appear in person as ordered may subject Defendant Groves to additional sanctions for failure to appear and obey a court order.

Alternatively, Defendant may discharge this order by submitting a check, cashier check, or money order drawn from Defendant's personal financial account and payable to the U.S. Marshal's Service that is <u>received</u> by the Clerk's Office by no later than June 27, 2018. In that case, Defendant Groves must notify the Clerk at least three business days before the OSC hearing so that the hearing may be taken off calendar.