# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE BELLS, JR., <br><br> Plaintiff, <br><br> v. <br><br> GROVES, et al., <br><br> Defendants. | CASE NO. 5:16-CV-1598-DMG (SK) <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, Defendant's Motion for Summary Judgment, the relevant records, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed with none filed. The Court thus concurs with and accepts the findings and conclusions in the Report and Recommendation to dismiss the Second Amended Complaint.

IT IS ORDERED that Defendant's Motion for Summary Judgment is GRANTED and the action is DISMISSED without prejudice. Judgment shall be entered accordingly.

DATED: April 2, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE