# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE BELLS, JR., <br>         Plaintiff, <br>       v. <br> GROVES, et al., <br>         Defendants. | CASE NO. 5:16-CV-1598-DMG (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting the Report and Recommendation of the United States Magistrate Judge, **IT IS ADJUDGED** that Defendant's motion for summary judgment is granted and the action is dismissed without prejudice.

DATED:  April 2, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE