UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 16-1598-DMG (SK) | Date | April 30, 2019 |
|---|---|---|---|
| Title | Charlie Bells, Jr. v. USP-Victorville | | |

| Present: The Honorable | Dolly M. Gee, U.S. District Judge |
|---|---|

| Kane Tien | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT [76]**

Plaintiff has filed a "motion to reconsider judgment of R&R order" [ECF 76], which the Court construes as a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e) because it has been filed within 28 days of the Court's entry of judgment on April 2, 2019, dismissing Plaintiff's complaint without prejudice for lack of administrative exhaustion. [ECF 74, 75.]

A Rule 59(e) motion to alter or amend the judgment is an "extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources." *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000). It may be granted only if the Court "'is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law.'" *McDowell v. Calderon*, 197 F.3d 1253, 1255 (9th Cir. 1999) (en banc) (quoting *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999)).

Plaintiff's motion presents none of these required extraordinary circumstances to warrant relief under Rule 59(e). He cites only the ordinary incidents of prison life and lack of retained counsel as the reasons for reconsideration. But none of those facts stood in the way of administrative exhaustion. And because the action was dismissed without prejudice, Plaintiff may refile his complaint after exhausting his claims (subject to the appropriate statute of limitations that may apply).

For all these reasons, Plaintiff's motion is DENIED.